# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GIBSON, | Case No. 1:18-cv-00425-DAD-SAB |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| EDMUND G. BROWN, | |
| Defendant. | |

On March 28, 2018, Plaintiff Jeffrey Gibson, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff has also filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

In his complaint, Plaintiff alleges violations associated with the review of his claim by the California Government Claims Program, which is a part of the California Department of General Services ("DGS"). Plaintiff seeks a court order directing DGS to review and provide a written response to his claim. Plaintiff names Governor Edmund G. Brown as the defendant in this action as the person in charge of the DGS. The DGS is located in Sacramento. The alleged violations took place in Sacramento.

Therefore, intradistrict venue lies in the Sacramento Division of the Eastern District of California. L.R. 120(d). Local Rule 120(f) provides that a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper

court. Therefore, this action will be transferred to the Sacramento Division. This court will not rule on Plaintiff's pending application to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This court has not ruled on Plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **March 30, 2018**

UNITED STATES MAGISTRATE JUDGE

2